REQUEST FOR COURT ACTION / DIRECTION

**07 CRIM 793**

| | |
|---|---|
| TO: JIM MOLINELLI<br>Docket Clerk | OFFENSE: KNOWINGLY USING AND ATTEMPTING TO USE AN ALTERED PASSPORT (18 USC 1543), KNOWINGLY USING AND ATTEMPTING TO USE A COUNTERFEITED, ALTERED AND FALSELY MADE UNITED STATES VISA. (18 USC 1546 (A)) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC
DATE   AUG 2 4 2007

ORIGINAL SENTENCE: SIX (6) MONTHS IMPRISONMENT AS TO COUNTS ONE AND TWO, TO BE SERVED CONCURRENTLY, THREE (3) YEARS TSR TO RUN CONCURRENTLY

FROM:   ANDREW CHAN
        U.S. Probation Officer

SPEC. CONDITIONS: : 250 HOURS PER YEAR COMMUNITY SERVICE, COMPLY WITH BICE

AUSA:  ALEJANDRO O. SOTO

RE:    XU, MING
       Docket #04-20989-CR-HUCK

DATE OF SENTENCE:   04/21/2005

DATE:   August 17, 2007

ATTACHMENTS:   PSI ___   JUDGMENT X   PREVIOUS REPORTS ___
               VIOLATION PETITION

REQUEST FOR:   WARRANT ___   SUMMON ___   COURT DIRECTION ___

### ASSIGNMENT FOR TRANSFER OF JURISDICTION

On April 21, 2005, the above-mentioned individual was sentenced in the Southern District of Florida, Miami Division, by the Honorable Paul C. Huck, U.S. District Judge, to the above referenced offense.

On July 18, 2007, we received a letter from the Southern District of Florida, Miami Division, advising that the Honorable Paul C. Huck, U.S. District Judge, had signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Xu's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Xu, Ming                                                                    51265/AC

- 2 -

Enclosed are two (2) original forms and two (2) copies of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                                                Respectfully submitted,

                                                Chris J. Stanton
                                                Chief U.S. Probation Officer

By: _____
        ANDREW CHAN
        U.S. Probation Officer
        212-805-5115

Approved By: _____
               SUSPO                    Date: